JS-6

Nazo Koulloukian
 nazo@koullaw.com
Christine Harmandayan
 christine@koullaw.com
Koul Law Firm
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Attorneys for Plaintiff Erik Guadalupe Hernandez

 Mireya A.R. Llaurado, Bar No. 194882
 mllaurado@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000

Attorneys for Defendant FedEx Freight, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIK GUADALUPE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation; JEFFREY LANTZ, an individual, and DOES 1-50, inclusive,<br>Defendants. | Case No. 5:22-cv-01993 JGB (SHKx)<br><br>**ORDER GRANTING DISMISSAL** |

## **ORDER**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THE STIPULATION IS APPROVED. THIS ACTION HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. Plaintiff will bear responsibility for any outstanding court costs, and Plaintiff acknowledges that Plaintiff is not the prevailing party.

Dated: January 29, 2024

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE